UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION § <br> OF THE UNITED STATES OF AMERICA § <br> FOR AN ORDER AUTHORIZING THE § <br> CONTINUED USE OF A PEN REGISTER § <br> AND TRAP AND TRACE DEVICE AND § <br> AUTHORIZING RELEASE OF SUBSCRIBER § <br> AND OTHER INFORMATION § | MAGISTRATE NO. H-08-218M |

### FIRST EXTENDED SEALING ORDER

The government has moved to continue the sealing and non-disclosure provisions of the pen/trap order issued by this court on March 19, 2008, on the grounds that unsealing would compromise the integrity of the underlying investigation, said to be both "ongoing and successful." Based on this representation by an officer of this court, it is

ORDERED that the pen/trap order and supporting documents in this case will remain sealed until April 15, 2009, subject to the protocol described by *In re Sealing and Non-Disclosure of Pen/Trap/2703(d) Orders,* 562 F. Supp.2d 876 (S.D. Tex. 2008).

Signed at Houston, Texas on October 15, 2008.

Stephen Wm. Smith
United States Magistrate Judge