Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order.

United States District Court
Southern District of Texas
FILED

JUL 1 0 2009

Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN THE MATTER OF THE § <br> APPLICATION OF THE UNITED § <br> STATES OF AMERICA FOR AN § <br> ORDER: (1) AUTHORIZING THE § <br> INSTALLATION AND USE § <br> OF A PEN REGISTER AND TRAP § <br> AND TRACE DEVICE § <br> § | Misc. Case No. H-08-218M <br><br><br><br><br><br><br>(UNDER SEAL) |

## MOTION TO POSTPONE UNSEALING OF PEN REGISTER

The United States moves for an order to extend the unsealing of a pen register and the supporting documents thereto which have previously been placed in the custody of the Clerk of the Court under seal and certify as follows:

The United States requests the Court to enter an order extending the unsealing of a Pen Register and Trap and Trace device ( Pen/Trap) for a period of 180 days. The investigation under which Pen/Trap No. H-08-218M was initiated, is successful and ongoing. An unsealing of this Pen/Trap would compromise the integrity of this current investigation.

Therefore, for the reasons stated above, the United States prays that the Court order that the unsealing of the Application of the United States Attorney from the Southern District of Texas and all Pen/Trap orders entered by this Court related to Miscellaneous Case No. H-08-218M be postponed for a period of 180 days.

Respectfully submitted,

Stuart A. Burns
Assistant United States Attorney
Southern District of Texas